IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 280

| | | |
|---|---|---|
| MEGHAN MARIE NEIRA, individually and on behalf of similarly situated persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| GOODFELLA'S PIZZA, Inc., and AARON FOX, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Hannah D. Stetson. The Motion indicates that Ms. Stetson, a member in good standing of the Bar of this Court, is local counsel for Defendants and that she seeks the admission of Reginald W. Belcher, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Reginald W. Belcher to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 26, 2020

W. Carleton Metcalf
United States Magistrate Judge