UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:19-cv-280-MOC

| | |
|---|---|
| **MEGHAN MARIE NEIRA** on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**GOODFELLAS PIZZA, INC.** and **AARON FOX**,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Stipulation for Proposed Notice of a Collective Class, filed on July 15, 2020. (Doc. No. 21).

The Court, having reviewed the stipulation, and the Proposed Notice attached thereto, hereby approves the Joint Stipulation. The parties shall send the Notice in accordance with the procedures in the Joint Stipulation.

**IT IS SO ORDERED.**

Signed: July 22, 2020

*[signature]*
Max O. Cogburn Jr
United States District Judge