IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 280 MOC WCM

| | |
|---|---|
| MEGHAN MARIE NEIRA, individually and on behalf of similarly situated persons, )))) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| GOODFELLA'S PIZZA, Inc., and AARON FOX, ))) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 27) filed by Jacob J. Modla. The Motion indicates that Mr. Modla, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Meredith Black-Mathews, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 27) and **ADMITS** Meredith Black-Mathews to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 25, 2021

W. Carleton Metcalf
United States Magistrate Judge

Case 1:19-cv-00280-MOC-WCM   Document 28   Filed 01/25/21   Page 1 of 1