UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-280-MOC-WCM

| | |
|---|---|
| **MEGHAN MARIE NEIRA,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**GOODFELLA'S PIZZA, INC.** **and AARON FOX,**<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** |

This matter is before the court on the parties' Joint Motion for Preliminary Approval of the Parties Settlement. (Doc. No. 35). Having carefully considered the motion, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**. The Court **ORDERS**:

1. That the Parties' settlement of the class claims appears to be fair, reasonable, and adequate as to members of the class, subject to any objections that may be raised at the final fairness hearing and final approval of the class settlement by this Court;

2. The Parties are authorized to send notice of the settlement to the following class, which has been certified for settlement purposes:

> All pizza delivery drivers employed by Defendants in North and South Carolina from September 27, 2016 to November 4, 2021 ("Class Period") and those who previously retained Plaintiff's Counsel to participate as opt-ins in this matter as Plaintiffs.

Notice shall be sent pursuant to the procedure set forth in the Parties' Settlement and Release Agreement ("Agreement").

3. The Court approves the proposed Notice of Class Action Settlement and proposed Claim Form as set forth as Exhibits to the Agreement.

4. The Court authorizes a third-party Settlement Claims Administrator, as agreed to by the Parties pursuant to the terms of the Settlement Agreement, to send notices to all Settlement Class Members containing the Court-approved Class Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator.

5. The Court will schedule a final approval hearing to be held within 100 days of entry of this Order.

Signed: January 25, 2022

Max O. Cogburn Jr
United States District Judge