IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 280 MOC WCM

| | |
|---|---|
| MEGHAN MARIE NEIRA, individually and on behalf of similarly situated persons, </br></br>Plaintiffs,</br>v.</br></br>GOODFELLA'S PIZZA, Inc., and AARON FOX,</br></br>Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 39) filed by Jacob J. Modla. The Motion indicates that Mr. Modla, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Katherine Serrano, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that there is no opposition to the Motion and that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 39) and **ADMITS** Katherine Serrano to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 22, 2022

W. Carleton Metcalf
United States Magistrate Judge