UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-280-MOC-WCM

| | | |
|---|---|---|
| **MEGHAN MARIE NEIRA**, individually and on behalf of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| **GOODFELLA'S PIZZA, INC., and AARON FOX,** | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Leave to Appear Remotely at Final Settlement Approval Hearing. (Doc. No. 42). The Court will allow the parties to appear remotely.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Parties' Joint Motion for Leave to Appear Remotely at Final Settlement Approval Hearing. (Doc. No. 42), is **GRANTED**, and the parties are permitted to appear remotely during the Final Settlement Approval Hearing scheduled for August 8, 2022 at 9:00 a.m.

Signed: August 2, 2022

Max O. Cogburn Jr.
United States District Judge